APPLICATION FOR WRIT OF HABEAS CORPUS  RECEIVED
PURSUANT TO 28 U.S.C. §2254

2006 JUN 28 A 9: 27

CIVIL ACTION NUMBER

---

WOODBURCK NOE
Full Name of Affiant/Applicant

ALABAMA DEPT. OF CORRECTIONS/BULLOCK COUNTY CORRECTIONAL FACILITY
Place of Confinement

vs.

ALABAMA BOARD OF PARDONS, AND PAROLES
Name of Warden, Authorized Person, Official Having Custody, or
Causing Such With Apprehension Of Affiant/Applicant

REQUEST FOR WRIT OF HABEAS CORPUS
BY A PERSON IN CUSTODY

REQUEST

Name, and location of court, or entity which entered the judgment
of custody, or apprehension under attack:  Alabama Board of
Pardons, and Paroles, 301 S. Ripley St., P.O. Box 302405,
Montgomery, AL. 36130-2405

Date of judgment of revocation, or apprehension:  August 16, 2004

Length of appointed/scheduled review date:  From August 16, 2004
to August, 2005; and later (March 13, 2006)

Nature of offense, or violation:  Condition No. 7 (I shall not
violate any law.)

Plea:  Not guilty

Kind of trial:  Parole Court hearing; with Parole Officer

I did testify at the hearing

I appealed from judgment of revocation

Court appealed to:  Montgomery County Circuit Court
Result:  Disregard/Lack of response

Date of result:   2004 - 2005

Other appeal, review, or motions attempted:
    Court:   Alabama Court of Criminal Appeals
    Nature of proceeding:   Appeal
    Ground raised:   Lack of due process by unfair treatment

Other Appeal, review, or motion attempted:
    Court:   Alabama Supreme Court
    Nature of proceeding:   Appeal
    Ground raised:   Lack of due process by unfair treatment


No evidentiary hearings were held in any court
Results:   Alabama Court of Criminal Appeals; May 24, 2006 - Refusal to review; Alabama Supreme Court; June 12, 2006 - Striking of request for writ of certiorari

Appeal was made to the state's highest court having jurisdiction as to the case, and proceeding

Ground of Unlawful Revocation, and Apprehension:

    Denial of due process for a violation I did not commit


Supporting Facts:

    I was denied due process by being revoked from parole without being granted reinstatement for violation of a rule which requires I not violate any law when I was not convicted at the period of the revocation as to the charge.

The ground was presented in each court I attempted to gain relief from.

I have no appeal, or document pending in court, state, or federal as to the judgment under attack, except for a document with requests to appeal the judgment sent to the Montgomery County Circuit Court which I have not heard from since 2004 to 2005 being they tend to ignore, and disregard my legal requests, or documents.

No attorney represented me at any stage of the judgment attacked.

I was revoked on one count, or violation in the Parole Court, and at the same time

I have no future, or later sentence, but have been scheduled for a parole review March, 2016 as a result of the revocation

Wherefore, for the reasons submitted the affiant/applicant requests that the Court grant the affiant/applicant relief to

2

Signature of Affiant/Applicant

which he may be entitled to in this situation, and proceeding.

Date:  6-25-06                                   _____
                                                 Signature of Affiant/Applicant

I declare under penalty of perjury that the foregoing, and included is true, and correct.