IN THE UNITED STATES DISTRICT COURT RECEIVED

WOODBURCK NOE,
    Affiant/Deponent,

V.

ALABAMA BOARD OF PARDONS, AND
PAROLES,
    Respondent.

\*\*\*\*\*\*\*\*

2006 JUN 28 A 9: 2 1

CASE NO.

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

2:06 cv 580 - WKW-CSC

## MOTION FOR APPOINTMENT OF COUNSEL,
## AND INDIGENCY TREATMENT WITH AFFIDAVIT

COMES now, Affiant/Deponent, Woodburck Noe, and moves this Honorable Court to grant this Motion For Appointment Of Counsel, And Indigency Treatment as to the above-styled cause pursuant to Amendments One with Six of the United States Constitution based on the submitted reasons Affirmed To As True Under Penalty Of Perjury:

I have limited experience with knowledge as to law, or legal procedure;

I cannot afford costs of judicial proceedings, or a lawyer;

An attorney would best be able to present the involved issues while representing me.

THEREFORE, for the reasons presented it is earnestly requested that an appropriate judgment be entered for this cause.

Date:  6-25-06

Respectfully submitted,

Woodburck Noe
A.I.S.:  148475
P.O. Box 5107
Dorm 18-28
Union Springs, AL. 36089-5107