IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WOODBURCK NOE, #148475, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-580-WKW |
| | ) | |
| TROY KING, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before July 31, 2006 the plaintiff shall show cause why this case should not be dismissed for his failure to file a response to the order entered on June 28, 2006.

Done this 18th day of July, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE