IN THE UNITED STATES DISTRICT COURT

WOODBURCK NOE,  )
   AFFIANT/DEPONENT,  )
v.  )  CASE NO. 2:06-CV-580-WKW
ALABAMA BOARD OF PARDONS, AND  )
   PAROLES,  )
   RESPONDENT.  )

## MOTION FOR INDIGENCY TREATMENT WITH AFFIDAVIT IN SUPPORT

COMES NOW, THE AFFIANT/DEPONENT, WOODBURCK NOE, AND MOVES THIS HONORABLE COURT TO GRANT THIS MOTION FOR INDIGENCY TREATMENT PURSUANT TO AMENDMENT ONE OF THE UNITED STATES CONSTITUTION BASED ON THE SUBMITTED REASONS AFFIRMED TO AS TRUE UNDER PENALTY OF PERJURY WITH PREVIOUSLY PRESENTED DOCUMENTS:

On JULY 7, 2006 I ATTEMPTED TO OBTAIN A FINANCIAL STATEMENT FROM THE PRISON OFFICIALS WHERE I'M CONFINED BY THE COURT'S ORDER, BUT I WAS HARASSED, AND HARASSED WHEN DOING SO WHILE BEING IMPEDED REGARDING SUCH.

THEREFORE, FOR THE AFOREMENTIONED IT IS URGED THAT JUDGMENT BE ENTERED IN MY BEHALF FOR THIS CAUSE.

DATE: 7-9-06

RESPECTFULLY SUBMITTED,
WOODBURCK NOE