IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WOODBURCK NOE, #148475, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-580-WKW |
| | ) |
| TROY KING, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the application for leave to proceed *in forma pauperis* (Court Doc. No. 7) and motion for indigency treatment filed by the petitioner (Court Doc. No. 8), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 20th day of July, 2006.

  /s/Charles S. Coody
  CHARLES S. COODY
  CHIEF UNITED STATES MAGISTRATE JUDGE