## ALABAMA BOARD OF PARDONS & PAROLES

## Minute Entry & Board Order

In re: Woodburck Noe, AIS #148475

On motion of agency counsel, the Board reviewed the record of parole revocation proceedings and the order revoking parole. For good cause shown, it is hereby

**ORDERED:**

1) That the revocation order dated 16 August 2004 is hereby **VACATED**, as is the parole court report dated 8 June 2004;

2) That the referenced prisoner is returned to the status of delinquent parolee; and

3) That this case is remanded for the charging parole officer to again present the charge before a parole court.

Done this 7th day of August, 2006.

| APPROVED: | DISAPPROVED: |
|---|---|
| *[signature]* Sidney T. Williams, Chair | Sidney T. Williams, Chair |
| *[signature]* VeLinda A.J. Weatherly, Member | VeLinda A.J. Weatherly, Member |
| *[signature]* Robert P. Longshore, Member | Robert P. Longshore, Member |


RESPONDENT'S EXHIBIT A