IN THE UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| WOODBURCK NOE, <br>     Affiant/Deponent, | * <br> * <br> * | 2006 AUG 23 A 10: 49 |
| v. | * | CASE NO. 2:06-CV-580 |
| ALABAMA BOARD OF PARDONS, AND PAROLES, <br>     Respondend. | * <br> * <br> * <br> * | |

## OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATION

COMES now, Affiant/Deponent, Woodburck Noe, and submits this Objection To The Magistrate Judge's Recommendation of this above-styled cause as to August 14, 2006 based on the following Affirmed To As True Under Penalty Of Perjury:

I have not received a copy of the respondents' answer; nor have a notification been sent me of Alabama Board of Pardons, and Paroles vacating its order of revocation from August 16, 2004 being I am still incarcerated without such information.

The respondents have engaged in deceptive practices. I have not been afforded due process under guidelines of the First, and Fifth with Eighth, or Fourteenth Amendments of the United States Constitution through circumstances involved in this cause. Failure exists as to why the respondents refused to provide me a copy of their answer with some "Exhibit A-Minute, and Board Entry of August 9, 2006;" with understanding.

I was expecting a decision in my favor being I did not receive any correspondence from the respondents, but was shocked, and horrified when I received the Magistrate Judge's recommendation.

THEREFORE, for the reasons presented it is urged that a decision be entered in my favor by a judgment having me released from custody of the State of Alabama Dept. of Corrections, even through a discharge, for the matter to ensure relief.

DATE:  8-20-06                                    Respectfully sumbitted,

*[signature]*
Woodburck Noe
A.I.S.: 148475
Dorm 2-28
P.O. Box 5107
Union Springs, AL. 36089-5107


CERTIFICATE OF SERVICE

I hereby certify I have served a copy of the foregoing on the respondents addressed as such placed in the U.S. Mail postage paid by August 22, 2006:

Hon. Troy King
Office of the Attorney General
Alabama State House
11 S. Union St.
Montgomery, AL. 36130.

*[signature]*
Woodburck Noe
Affiant/Deponent

2