IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WOODBUCK NOE, #148475, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-580-WKW |
| ) | (WO) |
| ALABAMA BOARD OF PARDONS AND ) | |
| PAROLES, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

After an independent and de novo review of the file, it is the ORDER, JUDGMENT and DECREE of the Court that:

(1) The objection filed by Petitioner on August 23, 2006 (Doc. # 15) is OVERRULED;

(2) The Recommendation of the United States Magistrate Judge entered on August 14, 2006 (Doc. # 14) is ADOPTED;

(3) The instant 28 U.S.C. § 2254 petition for habeas relief is DISMISSED as moot because a favorable decision on the merits would not entitled the petitioner to any additional relief.

An appropriate judgment will be entered.

DONE this 29th day of August, 2006.

　　　　　　　　　　　　　　/s/  W.  Keith  Watkins
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE